FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAY -1 PM 12: 22

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| PAUL MARRIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 305-151 |
| ) | |
| McRAE CORRECTIONAL FACILITY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice and this civil action is **CLOSED**.

SO ORDERED this 1st day of May, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE